# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 19-90031
_____

HARRY SWALES, on behalf of themselves and all others similarly situated;
COREY LILLY, on behalf of themselves and all others similarly situated;
KYLE SHETTLES, on behalf of themselves and all others similarly situated;
JOHN MCGEE, on behalf of themselves and all others similarly situated,

    Plaintiffs - Respondents

v.

KLLM TRANSPORT SERVICES, L.L.C.,

    Defendant - Petitioner

A True Copy
Certified order issued Nov 18, 2019

*Tyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

-------------------------------------------------------------

MARCUS BRENT JOWERS, and others similarly situated, plaintiffs,

    Plaintiff - Respondent

v.

KLLM TRANSPORT SERVICES, L.L.C.,

    Defendant - Petitioner

_____

Motion for Leave to Appeal
from an Interlocutory Order
_____

Before DENNIS, ELROD, and DUNCAN, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the opposed motion for leave to appeal from the interlocutory order of the United States District Court of the Southern District of Mississippi, entered on September 24, 2019, is GRANTED.

JAMES L. DENNIS, Circuit Judge, dissenting.

    I would deny the motion because I do not believe the standard for conditional certification under the FLSA is susceptible to a rule beyond the general principles that already guide this inquiry, and I believe this determination in each case is better left to the district court's discretion.